CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| **United States of America**<br>**v.**<br>**Cesar Beltran-Molina**, DOB: 1977; Mexican Citizen<br>**Oscar Ramirez-Gutierrez**, DOB: 1984; Mexican Citizen | DOCKET NO. |
| | MAGISTRATE'S CASE NO.<br>17-04265MJ |

Complaint for violations of Title 21, United States Code § 846

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

Beginning at a time unknown, to on or about February 23, 2017, at or near the Black Hills, on the Tohono O'odham Indian Nation, in the District of Arizona, **Cesar Beltran-Molina** and **Oscar Ramirez-Gutierrez**, named herein as defendants, did knowingly and intentionally combine, conspire, confederate and agree together and with persons known and unknown, to possess with intent to distribute, marijuana, a Schedule I controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C). All in violation of Title 21, United States Code, Section 846.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On February 27, 2017, at approximately 8:00 a.m., members of the Casa Grande Border Patrol Mountain Team (CMT) and Homeland Security Investigations (HSI) Sells agents observed two (2) suspected scouts on top of a large mountain known as the Black Hills. The Black Hills are located approximately forty (40) miles north of the United States/Mexico Border in a remote part of the Sonoran Desert. The Black Hills are located within the Tohono O'Odham Nation. For the previous two weeks CMT and HSI agents have been conducting surveillance on the Back Hills. During surveillance, agents saw four (4) suspected scouts on the first day of surveillance and since then have only seen two (2) suspected scouts on the following surveillances. The suspected scouts were wearing camouflage clothing, one wearing a black hat and one a green hat, respectively, at a specific rocky outcropping of the Black Hills. Agents observed the suspected scouts utilizing binoculars, handheld radios, and cellular phones while at the rocky outcropping during the prior surveillances.

On February 27, 2017 agents used the cover of darkness to approach the rocky outcropping where the suspected scouts were located. An agent was able to observe one subject walking on the ridge and directed agents to the suspected scout's position. As agents were walking through the thick vegetation they were able to observe one of the suspected scouts and hear them using a handheld radio. At approximately 8:45 a.m., a fixed wing air asset responded to the Black Hills area to assist the ground agents in apprehending the suspected scouts. The fixed wing air asset was able to obtain a visual of two (2) suspected scouts. As the fixed wing air asset circled the area, the two (2) suspected scouts started to abscond to the northeast. At that time a rotary bladed air asset responded to the Black Hills location as well. As a Border Patrol Agent (BPA) was searching the brush for the last place the air asset had visual of the subjects, the BPA observed one of the subjects hiding underneath a tree and apprehended the subject, later identified as **Oscar RAMIREZ-Gutierrez**. RAMIREZ-Gutierrez admitted to being citizen and national of Mexico with no legal documentation or status to be present inside the United States. The BPA then saw the second subject, later identified as **Cesar BELTRAN-Molina**, hiding and apprehended him. **BELTRAN-Molina** admitted to being citizen and national of Mexico with no legal documentation or status to be present inside the United States. **BELTRAN-Molina** had a Blue cellphone on his person.

**BASIS OF COMPLAINANT CONTINUED ON REVERSE:**

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

| DETENTION REQUESTED<br>    Being duly sworn, I declare that the foregoing is<br>    true and correct to the best of my knowledge.<br>ADR/jmm<br>AUTHORIZED AUSA Adam D. Rossi | SIGNATURE OF COMPLAINANT (official title)<br><br>OFFICIAL TITLE<br>HSI, Special Agent |
|---|---|
| **Sworn to before me and subscribed in my presence.** | |
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>February 28, 2017 |

1)    See Federal rules of Criminal Procedure Rules 3 and 54

As a BPA was pursing the suspected scouts on foot, the agent came across two (2) handheld Motorola radios, two (2) binoculars, and a satchel along the path that the subjects had just traveled through. Agents then went to the top of the mountain where the suspected scouts were originally seen. Agents discovered a camp site with scouting equipment that included four (4) solar panels, two (2) hats, six (6) Motorola radio batteries, three battery chargers, and two Samsung Smart Phones as well as two (2) satchels. The equipment was all seized.

Post Miranda, **BELTRAN-Molina** stated he was on the hill for approximately eight (8) to ten (10) days. **BELTRAN-Molina** said he would wear a green hat and utilize the black binoculars that were found at the Black Hills site. **BELTRAN-Molina** stated he would use the solar panels to charge the Motorola handheld radios. **BELTRAN-Molina** also said he went down to the road to pick up large black plastic bags from vehicles and haul it back up the mountain. **BELTRAN-Molina** stated the bags were filled with food. **BELTRAN-Molina** claimed he was not a scout but that he was just helping the scouts.

Post Miranda, **RAMIREZ-Gutierrez** admitted he was a scout helper who was working for the Feliciano Ramirez (aka CUSA) DTO. **RAMIREZ-Gutierrez** stated **BELTRAN-Molina** was the main scout on the Black Hills site. **RAMIREZ-Gutierrez** stated he and **BELTRAN-Molina** crossed the border together to go to the Black Hills on January 20, 2017 and were supposed to stay at the Black Hills till late March, 2017. **RAMIREZ-Gutierrez** stated they were together from the day they crossed until they were arrested. **RAMIREZ-Gutierrez** stated that both the Motorola handheld radios belonged to **BELTRAN-Molina**. **RAMIREZ-Gutierrez** stated that **BELTRAN-Molina** had one radio for each channel he was utilizing in a scouting capacity. **RAMIREZ-Gutierrez** stated he would use the radios when he would go down to the road to pick up large black bags of food supplies. **RAMIREZ-Gutierrez** stated he was getting paid $100.00 - $150.00 USD for each group that successfully passed through his view shed. **RAMIREZ-Gutierrez** stated that so far between six (6) to eight (8) groups have successfully passed through his area so far this season and that a lot of other groups were caught by law enforcement but he does not know how many exactly. **RAMIREZ-Gutierrez** stated he has been a scout helper for three seasons, his first season he received approximately $6,000.00 USD and the second season he received just under $5,000.00 USD. **RAMIREZ-Gutierrez** expected to get approximately $5,000.00 USD in payment this season. **RAMIREZ-Gutierrez** stated he thought **BELTRAN-Molina** would get paid more than himself. **RAMIREZ-Gutierrez** stated he had one solar panel and that the other solar panels belonged to **BELTRAN-Molina**. **RAMIREZ-Gutierrez** stated that a grey vehicle would drop off large plastic bags filled with food for the scouts and that the vehicle was driven by a man with long hair.

Scouts in this area are hired by Drug Trafficking Organizations (DTOs) to reside for an extended period of time atop mountains and hills in order to guide marijuana backpackers around pursuing law enforcement. Scouts use the high elevation of the hills to observe the surrounding areas, and notify other members of their DTO of which direction law enforcement are driving, and whether or not the area is clear to move their contraband. Scouts or lookouts will use any combination of binoculars, cellphones, and handheld radios in order to obtain and relay information to the marijuana backpackers on the low ground. They can request assistance from their DTO, send and receive instructions and keep up to date on the status of their illegal contraband, which consists of marijuana backpacks. These devices are key pieces of equipment for smugglers to perform their illegal activity. In order to remain on the high ground for extended periods of time, the scouts or lookouts will often have in their possession extra food, solar panels and batteries. Based upon the gear possessed by the individual and the location of where the individuals were arrested, the arresting agents believed that **BELTRAN-Molina** and **RAMIREZ-Gutierrez** were scouts that were operating within the Casa Grande area of responsibility. The scout or lookout is thus an asset to the drug trafficking organization because they give a tactical advantage to the marijuana backpackers on the low ground whose goal is to elude capture in order to deliver their marijuana loads to other members of the drug trafficking organization.

Based upon the observations of agents, the evidence located at the scene that was observed to be in the possession of the location at which he was apprehended, and the training and experience of the law enforcement officers involved in this investigation, your affiant believes there is probable cause to believe that **BELTRAN-Molina** and **RAMIREZ-Gutierrez** were acting as a scout. In these roles as scouts, **BELTRAN-Molina** and **RAMIREZ-Gutierrez** were responsible for conspiring to possess marijuana with the intent to distribute as the marijuana was being smuggled into the United States from Mexico.

As a BPA was pursing the suspected scouts on foot, the agent came across two (2) handheld Motorola radios, two (2) binoculars, and a satchel along the path that the subjects had just traveled through. Agents then went to the top of the mountain where the suspected scouts were originally seen. Agents discovered a camp site with scouting equipment that included four (4) solar panels, two (2) hats, six (6) Motorola radio batteries, three battery chargers, and two Samsung Smart Phones as well as two (2) satchels. The equipment was all seized.

Post Miranda, **BELTRAN-Molina** stated he was on the hill for approximately eight (8) to ten (10) days. **BELTRAN-Molina** said he would wear a green hat and utilize the black binoculars that were found at the Black Hills site. **BELTRAN-Molina** stated he would use the solar panels to charge the Motorola handheld radios. **BELTRAN-Molina** also said he went down to the road to pick up large black plastic bags from vehicles and haul it back up the mountain. **BELTRAN-Molina** stated the bags were filled with food. **BELTRAN-Molina** claimed he was not a scout but that he was just helping the scouts.

Post Miranda, **RAMIREZ-Gutierrez** admitted he was a scout helper who was working for the Feliciano Ramirez (aka CUSA) DTO. **RAMIREZ-Gutierrez** stated **BELTRAN-Molina** was the main scout on the Black Hills site. **RAMIREZ-Gutierrez** stated he and **BELTRAN-Molina** crossed the border together to go to the Black Hills on January 20, 2017 and were supposed to stay at the Black Hills till late March, 2017. **RAMIREZ-Gutierrez** stated they were together from the day they crossed until they were arrested. **RAMIREZ-Gutierrez** stated that both the Motorola handheld radios belonged to **BELTRAN-Molina**. **RAMIREZ-Gutierrez** stated that **BELTRAN-Molina** had one radio for each channel he was utilizing in a scouting capacity. **RAMIREZ-Gutierrez** stated he would use the radios when he would go down to the road to pick up large black bags of food supplies. **RAMIREZ-Gutierrez** stated he was getting paid $100.00 - $150.00 USD for each group that successfully passed through his view shed. **RAMIREZ-Gutierrez** stated that so far between six (6) to eight (8) groups have successfully passed through his area so far this season and that a lot of other groups were caught by law enforcement but he does not know how many exactly. **RAMIREZ-Gutierrez** stated he has been a scout helper for three seasons, his first season he received approximately $6,000.00 USD and the second season he received just under $5,000.00 USD. **RAMIREZ-Gutierrez** expected to get approximately $5,000.00 USD in payment this season. **RAMIREZ-Gutierrez** stated he thought **BELTRAN-Molina** would get paid more than himself. **RAMIREZ-Gutierrez** stated he had one solar panel and that the other solar panels belonged to **BELTRAN-Molina**. **RAMIREZ-Gutierrez** stated that a grey vehicle would drop off large plastic bags filled with food for the scouts and that the vehicle was driven by a man with long hair.

Scouts in this area are hired by Drug Trafficking Organizations (DTOs) to reside for an extended period of time atop mountains and hills in order to guide marijuana backpackers around pursuing law enforcement. Scouts use the high elevation of the hills to observe the surrounding areas, and notify other members of their DTO of which direction law enforcement are driving, and whether or not the area is clear to move their contraband. Scouts or lookouts will use any combination of binoculars, cellphones, and handheld radios in order to obtain and relay information to the marijuana backpackers on the low ground. They can request assistance from their DTO, send and receive instructions and keep up to date on the status of their illegal contraband, which consists of marijuana backpacks. These devices are key pieces of equipment for smugglers to perform their illegal activity. In order to remain on the high ground for extended periods of time, the scouts or lookouts will often have in their possession extra food, solar panels and batteries. Based upon the gear possessed by the individual and the location of where the individuals were arrested, the arresting agents believed that **BELTRAN-Molina** and **RAMIREZ-Gutierrez** were scouts that were operating within the Casa Grande area of responsibility. The scout or lookout is thus an asset to the drug trafficking organization because they give a tactical advantage to the marijuana backpackers on the low ground whose goal is to elude capture in order to deliver their marijuana loads to other members of the drug trafficking organization.

Based upon the observations of agents, the evidence located at the scene that was observed to be in the possession of the location at which he was apprehended, and the training and experience of the law enforcement officers involved in this investigation, your affiant believes there is probable cause to believe that **BELTRAN-Molina** and **RAMIREZ-Gutierrez** were acting as a scout. In these roles as scouts, **BELTRAN-Molina** and **RAMIREZ-Gutierrez** were responsible for conspiring to possess marijuana with the intent to distribute as the marijuana was being smuggled into the United States from Mexico.

| United States District Court | DISTRICT of ARIZONA |
|---|---|

| United States of America<br>v.<br>**Cesar Beltran-Molina,** DOB: 1977; Mexican Citizen<br>**Oscar Ramirez-Gutierrez,** DOB: 1984; Mexican Citizen | DOCKET NO. |
|---|---|
| | MAGISTRATE'S CASE NO.<br>17-04265MJ |

Complaint for violations of Title 21, United States Code § 846

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

Beginning at a time unknown, to on or about February 23, 2017, at or near the Black Hills, on the Tohono O'odham Indian Nation, in the District of Arizona, **Cesar Beltran-Molina** and **Oscar Ramirez-Gutierrez**, named herein as defendants, did knowingly and intentionally combine, conspire, confederate and agree together and with persons known and unknown, to possess with intent to distribute, marijuana, a Schedule I controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C). All in violation of Title 21, United States Code, Section 846.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On February 27, 2017, at approximately 8:00 a.m., members of the Casa Grande Border Patrol Mountain Team (CMT) and Homeland Security Investigations (HSI) Sells agents observed two (2) suspected scouts on top of a large mountain known as the Black Hills. The Black Hills are located approximately forty (40) miles north of the United States/Mexico Border in a remote part of the Sonoran Desert. The Black Hills are located within the Tohono O'Odham Nation. For the previous two weeks CMT and HSI agents have been conducting surveillance on the Back Hills. During surveillance, agents saw four (4) suspected scouts on the first day of surveillance and since then have only seen two (2) suspected scouts on the following surveillances. The suspected scouts were wearing camouflage clothing, one wearing a black hat and one a green hat, respectively, at a specific rocky outcropping of the Black Hills. Agents observed the suspected scouts utilizing binoculars, handheld radios, and cellular phones while at the rocky outcropping during the prior surveillances.

On February 27, 2017 agents used the cover of darkness to approach the rocky outcropping where the suspected scouts were located. An agent was able to observe one subject walking on the ridge and directed agents to the suspected scout's position. As agents were walking through the thick vegetation they were able to observe one of the suspected scouts and hear them using a handheld radio. At approximately 8:45 a.m., a fixed wing air asset responded to the Black Hills area to assist the ground agents in apprehending the suspected scouts. The fixed wing air asset was able to obtain a visual of two (2) suspected scouts. As the fixed wing air asset circled the area, the two (2) suspected scouts started to abscond to the northeast. At that time a rotary bladed air asset responded to the Black Hills location as well. As a Border Patrol Agent (BPA) was searching the brush for the last place the air asset had visual of the subjects, the BPA observed one of the subjects hiding underneath a tree and apprehended the subject, later identified as **Oscar RAMIREZ-Gutierrez**. **RAMIREZ-Gutierrez** admitted to being citizen and national of Mexico with no legal documentation or status to be present inside the United States. The BPA then saw the second subject, later identified as **Cesar BELTRAN-Molina**, hiding and apprehended him. **BELTRAN-Molina** admitted to being citizen and national of Mexico with no legal documentation or status to be present inside the United States. **BELTRAN-Molina** had a Blue cellphone on his person.

**BASIS OF COMPLAINANT CONTINUED ON REVERSE:**

MATERIAL WITNESSES IN RELATION TO THE CHARGE:

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is<br>true and correct to the best of my knowledge.<br>ADR/jmm<br>AUTHORIZED AUSA Adam D. Rossi | SIGNATURE OF COMPLAINANT (official title) |
|---|---|
| | OFFICIAL TITLE<br>HSI, Special Agent |

Sworn to before me and subscribed in my presence.

| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>February 28, 2017 |
|---|---|

[1]  See Federal rules of Criminal Procedure Rules 3 and 54

**BASIS OF COMPLAINANT CONTINUED:**

The area of this encounter is known as the West Desert Corridor. The West Desert Corridor encompasses the area of responsibility for both the Casa Grande and Ajo Border Patrol Stations. The West Desert Corridor is strictly controlled by drug trafficking organizations, where anyone or any other organization must receive permission from the drug trafficking organizations in order to make entry in that area.

The drug trafficking organizations control the smuggling routes within the West Desert Corridor. Scouts are members of drug trafficking organizations who play a key role in the successful smuggling and further distribution of narcotics into the United States from Mexico. The marijuana smuggled by DTOs in this area is most often accomplished using groups of subjects who "backpack" the marijuana in burlap bags consisting of burlap wrapped around bales of marijuana. Each of these bales weighs approximately 10 kilograms and there are generally two bales per backpack. The "backpackers" are led through the desert by foot guides who are familiar with the area and the smuggling routes utilized by the DTOs. The foot guides are equipped with digitally encrypted radios for communication with the mountain top scouts. These mountain top scouts are strategically placed in high points along the smuggling routes. These high points offer the scouts unobstructed views of the area that they are responsible for covering for the DTO. During this process the scouts communicate via digitally encrypted radio with each other and the foot guides. These conversations are utilized to provide directional guidance, intelligence relating to law enforcement presence, and other pertinent information to the guides leading the marijuana loads on the ground. Marijuana is the drug of choice that is smuggled via backpackers with the assistance of scouts in the West Desert Corridor.

Based upon the above information your affiant believes there to be probable cause to charge **Cesar BELTRAN-Molina** and **Oscar RAMIREZ-Gutierrez** with violation of 21 USC 846.